U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 19 2015
CLERK, U.S. DISTRICT COURT
By_____
      Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DOUGLAS KRAUSE, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:14-CV-140-A |
| § | |
| CAROLYN W. COLVIN, ACTING § | |
| COMMISSIONER, SOCIAL SECURITY § | |
| ADMINISTRATION, § | |
| § | |
| Defendant. § | |

ORDER

Came on for consideration the above-captioned action wherein Douglas Krause is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits under the Social Security Act. On February 6, 2015, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation, and granted the parties until February 20, 2015, in which to file and serve any written objections thereto. Plaintiff filed his objections on February 20, 2015, and Commissioner filed a response on March 18, 2015. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal authorities, the court has concluded that

plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits filed on March 7, 2012, plaintiff is not disabled under sections 216(i) and 223(d) of the Social Security Act be, and is hereby, affirmed.

SIGNED March 19, 2015.

JOHN McBRYDE
United States District Judge